**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTAL MADRID, individually, and as Personal Representative of the Estate of PEDRO MADRID,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, in his capacity as Chief of Police for the CITY OF FRESNO; DOES 1-100, individually and in their official capacities as police officers for the CITY OF FRESNO,<br><br>Defendants. | Case No.:<br><br>**1: 08-CV-00098-OWW-(SMS)**<br><br>**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS UNTIL THE COMPLETION OF THE CORONER'S REPORT AND POLICE INVESTIGATION** |

Plaintiff KRISTAL MADRID, individually, and as Personal Representative of the Estate of PEDRO MADRID, and Defendants the CITY OF FRESNO and JERRY DYER, by and through their attorneys, stipulate and agree as follows:

1. WHEREAS, the office of the Fresno County Coroner has not yet released the investigation into the death of Pedro Madrid; and

2. WHEREAS, the Police Department of the City of Fresno is unable to complete its internal investigation into the death of Pedro Madrid until the release of the Fresno County Coroner's Office investigation into the death of Mr. Madrid; and

3. WHEREAS, any information of a pending and incomplete investigation by the Fresno Police Department is protected from disclosure by 5 U.S.C. section 552,

California Government Code sections 3300, et seq., and California Evidence Code section 1040 (*see also In re Department of Investigation*, 856 F.2d 481, 485 (2d Cir. 1988) (records of joint task force investigating public official not subject to subpoena); *Kelly v. San Jose*, 114 F.R.D. 653, 663 (N.D. Cal. 1987) (articulating balancing test for confidentiality of police department records, including whether investigation is ongoing)), until the completion of the investigation; and

    4.    WHEREAS, the internal investigation is expected to be complete approximately 60 days after the completion of the report of the Coroner's Officer; and

    5.    WHEREAS, the Defendants desire and anticipate cooperating in discovery in this matter by producing to plaintiff, under a protective order, the Internal Affairs Bureau report on this incident, when it is completed; and

    6.    WHEREAS, the parties desire that Defendants keep the Court and the plaintiff informed of the progress of the pending investigations;

NOW, THEREFORE, Plaintiff and Defendants stipulate that:

    1.    All proceedings in this matter may be stayed until 30 days after the completion of the internal investigation by the City of Fresno Police Department; and

    2.    Defendants will report to the Court and to plaintiff every 90 days regarding the progress of the investigations, or sooner if the investigations are completed in the interim.

    IT IS SO STIPULATED.

Dated: _____, 2008        MANNING & MARDER
                                        KASS, ELLROD, RAMIREZ


                                        By:      /s/     
                                                Mildred K. O'Linn
                                        Attorneys for Defendants
                                        CITY OF FRESNO and JERRY DYER

///

Dated: _____, 2008                    LAW OFFICES OF JOHN L. BURRIS

                                               By:        /s/
                                               John L. Burris
                                               Attorneys for Plaintiff
                                               KRISTAL MADRID, individually, and as
                                               Personal Representative of the Estate of
                                               PEDRO MADRID

# **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

All proceedings in this matter are stayed until 30 days after the release of the internal affairs investigation into this matter by the Police Department for the City of Fresno.

Defendants shall file with the Court, and serve on Plaintiff, a status report regarding the progress of the investigations every 90 days, beginning 90 days after the date of this Order, or sooner if the internal affairs investigation is completed and released to plaintiff pursuant to a protective order stipulated by the parties.

IT IS SO ORDERED.

**Dated:   July 3, 2008**                      **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE