Mildred K. O'Linn, Esq. (State Bar No. 159055)
Tony M. Sain (State Bar No. 251626)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendants,
CITY OF FRESNO and JERRY DYER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTAL MADRID, individually, and as Personal Representative of the Estate of PEDRO MADRID,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, in his capacity as Chief of Police for the CITY OF FRESNO; DOES 1-100, individually and in their official capacities as police officers for the CITY OF FRESNO,<br><br>          Defendants. | Case No.:<br>1: 08-CV-00098-OWW-(SMS)<br><br>[*Hon. Oliver W. Wanger, District Judge; Hon. Sandra M. Snyder, Magistrate Judge*]<br><br>**STIPULATION AND REQUEST FOR CLARIFICATION RE ORDER STAYING PROCEEDINGS OR TO VACATE THE TRIAL DATE AND RELATED DEADLINES OF THE COURT'S SCHEDULING CONFERENCE ORDER; ORDER**<br><br>[Declaration of Mildred K. O'Linn filed concurrently] |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between the parties to the above entitled action, by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 16 and 40, as well as, to the extent applicable, United States District Court, Eastern District of California Local Rule 83-143, as follows:

    1.    The Court, in its Scheduling Conference Order of April 24, 2008, set the

C:\WINDOWS\Temp\notes101AA1\~7451336.wpd

1

following dates and deadlines that are relevant to this Stipulation:

 Expert Designation and Disclosures Due: May 1, 2009;

 Rebuttal/Supplemental Expert Disclosures Due: June 1, 2009;

 Fact and Expert Discovery Cut-Off: July 1, 2009;

 Settlement Conference Date: July 14, 2009, 10:00 a.m.;

 Non-Dispositive/Discovery Motion Filing Cut-Off: July 15, 2009;

 Dispositive Motion Filing Cut-Off: July 31, 2009;

 Non-Dispositive/Discovery Motion Hearing Date: August 21, 2009, 9:00 a.m.;

 Dispositive Motion Hearing Date: September 8, 2009, 10:00 a.m.;

 Pre-Trial Conference Date: October 13, 2009, 11:00 a.m.

 Trial Date: November 17, 2009, 9:00 a.m.

The aforementioned dates and deadlines shall be referenced hereafter collectively as the "Trial Calendar Dates." [*See* Scheduling Conference Order, April 24, 2008, Docket Document 10, pp. 1, 7-9.]

### GOOD CAUSE STATEMENT.

2. On June 24, 2008, the parties filed a Joint Stipulation to Stay the Proceedings Until the Completion of the Coroner's Report and Police Investigation ("Stipulation for Stay"). In that Stipulation for Stay, the parties agreed that prosecution and defense of this civil matter could not proceed until the Fresno County Coroner had completed its investigation, which would in turn permit the City of Fresno's Police Department to complete its own investigation into the incident at issue in plaintiff's Complaint. [*See* Stipulation for Stay, June 24, 2008, Docket Document 11, ¶¶ 1-4.]

3. Accordingly, the parties stipulated that "[a]ll proceedings in this matter may be stayed until 30 days after the release of the internal affairs investigation into this matter by the Police Department for the City of Fresno." [*See* Stipulation for Stay, p. 2]

4. At the time the parties entered into the Stipulation for Stay, the parties

hereby jointly declare that the parties anticipated that the Fresno County Coroner's investigation would not take more than a few months' time. [O'Linn Decl., ¶ 3.]

5. On July 7, 2008, District Judge Oliver Wanger subsequently issued an Order stating that "**[a]ll proceedings** in this matter are stayed until 30 days after the release of the internal affairs investigation into this matter by the Police Department for the City of Fresno." [*See* Order for Stay, July 7, 2008, Docket Document 12 (hereafter the "Stay Order") (emphasis added).] The Stay Order also ordered defendants to file and serve status reports on the investigation's progress every 90 days. *Id*.

6. In each Status Report filed with this Court, including the most recent filed on June 30, 2009, defendants reported that the Fresno Police Department's internal investigation had not yet been completed because the County of Fresno's Coroner's office had not yet completed its investigation or issued a coroner's report regarding decedent Pedro Madrid. [*See* Status Report to the Court, June 30, 2009, Docket Document 16, pp. 1-2.] Plaintiff's counsel has also independently verified that the Fresno County Coroner's office has not yet completed its autopsy report regarding Pedro Madrid and that there is no estimate from the Fresno County Coroner as to when such report will be completed. [*See* Status Report to the Court, April 24, 2009, Docket Document 14, p. 2:1-7.]

7. On July 23, 2009, plaintiff Kristal Madrid filed a "Motion for Relief from Stipulation and Order Staying *Discovery*." [*See* Pl.'s Mot., July 23, 2009, Docket Document 17 (emphasis added).] The hearing date for plaintiff's motion was originally set for October 19, 2009. *Id*.

8. Notwithstanding the caption of plaintiff's aforementioned motion, the parties understand and agree that the Court's Stay Order effected a stay of *all* proceedings, *not* just a stay of discovery. [O'Linn Decl., ¶ 4.]

9. On July 27, 2009, the Court issued a text-entry Minute Order that: (a) advanced the hearing date for plaintiff's motion to August 31, 2009 before Judge

Wanger, and (b) included the following statement: "In light of the upcoming trial date of 11/17/2009...." [*See* Order for Advancement of Hearing Date, July 27, 2009, Docket Document 18 (hereafter the "Hearing Order").]

10. The parties jointly construe the Court's Hearing Order to suggest that the Court has *not* vacated the dates of its Scheduling Conference Order, including the trial date. [O'Linn Decl., ¶ 5.] **Prior to receipt of the Court's Hearing Order, both parties were operating under the good faith belief that the Court's Stay Order had effectively vacated all of the Trial Calendar Dates of the Scheduling Conference Order** – in part because several of these dates and deadlines have passed. *See id*.

11. Both of the parties have been unable to advance or develop their cases in light of the stay on discovery and the status of the Fresno County Coroner's investigation and, thus, the related City of Fresno Police Department's investigation. [O'Linn Decl., ¶¶ 7-8.]

12. The parties understand and agree that defense counsel represents only the *City* of Fresno and Jerry Dyer in this matter. The *County* of Fresno is not represented by any counsel involved in the above entitled action. [O'Linn Decl., ¶ 6.]

13. In light of the above, the parties have been unable to begin discovery related to this action, let alone to complete the investigations, pre-trial motions, and preparation necessary to the proper presentation of this case. [O'Linn Decl., ¶ 7.]

14. The parties therefore lack sufficient – or, in many respects, any – information to engage in any meaningful settlement conference, to prepare any meaningful motions for summary judgment or adjudication ("MSJ"), or to participate in any pre-trial conference. [O'Linn Decl., ¶ 8.]

15. Furthermore, even if the relevant reports were issued today, and discovery were re-opened and/or dispositive motion filing was moved to a later cut-off date, the parties could not prepare for a trial on this matter in the under four

months remaining until the original trial date set by this Court. [O'Linn Decl., ¶ 10.]

16. In light of these circumstances, the parties agree that the Court's original Trial Calendar Dates are unworkable. [O'Linn Decl., ¶ 11.]

**STIPULATION RE VACATION OF SCHEDULING CONFERENCE ORDER.**

17. Accordingly, in light of the foregoing, the parties – by and through their respective attorneys of record – hereby stipulate, and respectfully request:

18. That the Court clarify that, notwithstanding any language to the contrary in the Court's Hearing Order of July 27, 2009, by the Court's Stay Order of July 7, 2008, the Court had vacated all of the Trial Calendar Dates of the Scheduling Conference Order and that, accordingly, there is currently no trial date set for the above entitled matter; and

19. That the Court resolve any other issues arising from or related to the Stay Order, including any further calendaring issues, at the hearing on plaintiff's motion to lift the stay on discovery, currently set by the Court for August 31, 2009 at 10:00 a.m. in courtroom 3 before District Judge Wanger;

20. Or, in the alternative, that this Court vacate all of the Trial Calendar Dates in its Scheduling Conference Order of April 24, 2008 and/or rescind such Scheduling Conference Order, pursuant to the terms of the enclosed Proposed Order.

21. The parties further stipulate, and respectfully request, that if such calendaring issues have not been previously resolved at the hearing of plaintiff's aforementioned motion, this Court shall Order a new Scheduling Conference to be set for thirty (30) days after either party submits to the Court a Status Report indicating that the Fresno County Coroner has completed its coroner's report regarding the death of Pedro Madrid, provided that such Status Report is accompanied by a declaration or affidavit with a copy of such coroner's report attached as an exhibit thereto, pursuant to the terms of the enclosed Proposed Order.

22. The parties further stipulate that the hearing on plaintiff's July 23, 2009 motion shall go forward, as the parties' dispute on the issues therein remains.

23. It is further agreed that this Stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

IT IS SO STIPULATED.

Dated: August 7, 2009       MANNING & MARDER
                            KASS, ELLROD, RAMIREZ


                            By:   /s/   Mildred K. O'Linn
                                  Mildred K. O'Linn
                                  Tony M. Sain
                            Attorneys for Defendant
                            CITY OF FRESNO and JERRY DYER


Dated: August 7, 2009       LAW OFFICES OF JOHN L. BURRIS


                            By:   /s/ John L. Burris
                                  John L. Burris
                                  Benjamin Nisenbaum
                            Attorneys for Plaintiff
                            KRISTAL MADRID, individually, and
                            as Personal Representative of the Estate
                            of PEDRO MADRID

**<u>ORDER</u>**

PURSUANT TO STIPULATION, and Good Cause appearing therefore,

IT IS HEREBY ORDERED that:

1. All of the dates and deadlines (Trial Calendar Dates) set by this Court in its Scheduling Conference Order of April 24, 2008 are VACATED.

2. Defendants shall continue to file Status Reports as per the Court's Order of July 7, 2008 (the Stay Order).

3. In the event that either party is notified or otherwise learns that the Fresno County Coroner has completed its investigation into the death of Pedro Madrid, such party shall file a Status Report with this Court, along with a declaration or affidavit including a copy of such coroner's report attached as an exhibit thereto, within thirty (30) days of such party's receipt of the aforementioned coroner's report.

4. The Court will set a case management scheduling conference on a date not to exceed thirty (30) days after a declaration with the aforementioned coroner's report is filed with this Court.

5. Nothing in this Order shall be construed as to bear on plaintiff's July 23, 2009 "Motion for Relief from Stipulation and Order Staying Discovery" or to otherwise affect the hearing of such motion on August 31, 2009, as per this Court's Minute Order dated July 27, 2009.

**IT IS SO ORDERED**.

Dated: August 7, 2009          __/s/ OLIVER W WANGER_____

**UNITED STATES DISTRICT JUDGE**

C:\WINDOWS\Temp\notes101AA1\~7451336.wpd