JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs KRISTAL MADRID, et al.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL MADRID, individually, and as Personal Representative of the Estate of PEDRO MADRID<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, in his capacity as Chief of Police for the CITY OF FRESNO; DOES 1-100, individually and in their official capacities as police officers for the CITY OF FRESNO,<br><br>Defendants. | Case No. 1:08-CV-00098-OWW-SMS<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR PLAINTIFF TO FILE A FIRST-AMENDED COMPLAINT** |

**STIPULATION**

THE PARTIES HEREBY STIPULATE that the time for Plaintiff to file a First Amended Complaint in this action be extended from November 30, 2009 to December 14, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

Good cause for the extension is based on the extension granted to defendants to respond to Plaintiff's discovery requests, which are now due on December 4, 2009.  As noted previously, Plaintiffs do not know the identities of the Defendant DOE officers involved in this action, and require Defendants' responses to Plaintiff's Discovery requests to identify specifically the individual defendant officers.

IT IS SO STIPULATED.

                          Respectfully submitted,

Dated:  November 24, 2009        **The Law Offices of John L. Burris**

                         ___/s/ Benjamin Nisenbaum__
                         Benjamin Nisenbaum
                         Attorney for Plaintiff
                         KRISTAL MADRID, et al.

Dated:  November 25, 2009        **Manning, Marder, Kass, Ellrod, Ramirez LLP**

                          /s/ Mildred O'Linn
                         Mildred O'Linn
                         Attorney for Defendants
                         CITY OF FRESNO, et al.

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, the date for Plaintiff to file a First Amended Complaint is hereby extended to December 14, 2009.

**IT IS SO ORDERED.**

Dated: November 30, 2009          /s/ OLIVER W. WANGER
                         Honorable Oliver W. Wanger
                         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com