1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   KRISTAL MADRID, individually and )     1:08-cv-0098 OWW SMS
    as Personal Representative of    )
10  the Estate of PEDRO MADRID,       )     ORDER ON DEFENDANTS'
                                      )     REQUEST TO SEAL DOCUMENTS
11              Plaintiffs,           )     AND PROHIBIT PUBLIC ACCESS
                                      )     TO CERTAIN RECORDS
12       v.                           )
                                      )
13  CITY OF FRESNO, a municipal       )
    corporation; JERRY DYER, in his   )
14  capacity as Chief of Police for   )
    the CITY OF FRESNO, et al.,       )
15                                    )
                Defendants.           )
16                                    )
                                      )
17  _____    )

18

19       Based on the application of Defendants to seal documents and

20  prohibit public access to certain records, for the purposes of

21  pretrial proceedings and non-dispositive and dispositive motions,

22  the motion is granted.  The motion shall in no way affect the

23  admissibility at trial and the publication in open court of any

24  of such information.  Such information shall be subject to a

25  protective order that any confidential information which would

26  threaten confidential law enforcement activities and/or integrity

27  shall not be publicly disseminated or disclosed to third parties

28  outside the confines of the lawsuit.  These materials placed

                                1

under seal may be used at trial in open court and any such
testimony or other documents and records, shall be admissible,
subject to the Federal Rules of Evidence and all other provisions
of law, after determining their evidentiary admissibility and any
applicable pretrial motions in limine.


     IT IS SO ORDERED.

DATED:   February 17, 2011.


                                    /s/ Oliver W. Wanger
                                   Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE