Mildred K. O'Linn, Esq. (State Bar No. 159055)
Tony M. Sain, Esq. (State Bar No. 251626)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@manningllp.com and tms@manningllp.com

Attorneys for Defendants,
CITY OF FRESNO and JERRY DYER; Officers JUAN GURROLA, JUSTIN BELL, MONTY LEWIS, JR., GEORGE VALDEZ, AND FRANK MENDOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL MADRID, individually, and as Personal Representative of the Estate of PEDRO MADRID,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>~~CITY OF FRESNO, a municipal corporation; JERRY DYER, in his capacity as Chief of Police for the CITY OF FRESNO~~; JUAN GURROLA, individually and in his official capacity as a police officer for the CITY OF FRESNO; JUSTIN BELL, individually and in his official capacity as a police officer for the CITY OF FRESNO; MONTY LEWIS, JR., individually and in his official capacity as a police officer for the CITY OF FRESNO; GEORGE VALDEZ, individually and in his official capacity as a police officer for the CITY OF FRESNO; FRANK MENDOZA, individually and in his official capacity as a police officer for the CITY OF FRESNO;  DOES 6-100, individually and in their official capacities as police officers for the CITY OF FRESNO,<br><br>　　　　　　　　Defendants. | Case No.:<br>1: 08-CV-00098-OWW-(SMS)<br><br>[*Hon. Oliver W. Wanger, District Judge; Hon. Sandra M. Snyder, Magistrate Judge*]<br><br>**STIPULATION OF THE PARTIES FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND OF THE ACTION; ORDER**<br><br>Complaint Filed: 01/18/08<br>Trial Date: 04/12/11 |

IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff KRISTAL MADRID and defendant Officers JUSTIN BELL, JUAN GURROLA, MONTY LEWIS, JR., FRANK MENDOZA, and GEORGE VALDEZ as well as defendants CITY OF FRESNO and Chief JERRY DYER (collectively hereafter as "Defendants"), by and through their respective counsel of record, and pursuant to the extent applicable to the Federal Rules of Civil Procedure and United States District Court, Eastern District of California Local Rules 160(b), 271(o)(2), and/or 281(a)(15), that the Defendants – and each of them – and any other defendants remaining in this action shall be **DISMISSED WITH PREJUDICE** from this action by Plaintiff.

IT IS FURTHER STIPULATED, by and between Plaintiff and the Defendants, that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

IT IS FURTHER STIPULATED, by and between Plaintiff and the Defendants, that the above-entitled action be **DISMISSED IN ITS ENTIRETY AND WITH PREJUDICE** as to Plaintiff.  IT IS FURTHER STIPULATED, by and between Plaintiff and the Defendants, that the effect of this dismissal will be to terminate the action before this Court, as no other plaintiffs are party to this action.

However, in order to facilitate resolution of this matter, **the parties jointly request that the Court refrain from entering any dismissal order pursuant to this Stipulation until 30 days from the date of this Stipulation**.

///

///

///

It is further agreed by and between the parties that this stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

**IT IS SO STIPULATED**.

Dated: April 12, 2011		**MANNING & KASS**
	**ELLROD, RAMIREZ, TRESTER LLP**


By:   /s/ Mildred K. O'Linn
	Mildred K. O'Linn, Esq.
	Tony M. Sain, Esq.
Attorneys for Defendants
CITY OF FRESNO and JERRY DYER;
Officers JUAN GURROLA, JUSTIN BELL,
MONTY LEWIS, JR., GEORGE VALDEZ,
AND FRANK MENDOZA


Dated: April 12, 2011		**LAW OFFICES OF JOHN L. BURRIS**


By:   /s/ Benjamin Nisenbaum
	John L. Burris, Esq.
	Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff
KRISTAL MADRID, individually, and as
Personal Representative of the Estate of
PEDRO MADRID


**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

///

IT IS HEREBY ORDERED that:

Regarding the matter of *Kristal Madrid v. City of Fresno, et al.*, case no. 1: 08-CV-00098-OWW-(SMS):

1. Defendants CITY OF FRESNO and Chief JERRY DYER are hereby DISMISSED from the above entitled action WITH PREJUDICE;

2. Defendants JUSTIN BELL, JUAN GURROLA, MONTY LEWIS, JR., FRANK MENDOZA, and GEORGE VALDEZ are hereby DISMISSED from the above entitled action WITH PREJUDICE;

3. The above entitled action, case no. 1: 08-CV-00098-OWW-(SMS), is hereby DISMISSED IN ITS ENTIRETY and WITH PREJUDICE as to Plaintiff's claims. There being no other plaintiffs that are party to this action, the action is hereby dismissed in its entirety and with prejudice as to all parties.

4. Furthermore, plaintiff and defendants mutually waive all costs, court fees, and attorneys' fees arising out of this litigation involving these parties.

IT IS SO ORDERED.

**Dated:   April 13, 2011**                              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE